UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARCIAL ROLANDO and BENITO GARCIA, on behalf of themselves and others similarly situated,

      Plaintiffs,

-against-

THYME & BASIL, INC. d/b/a COLUMBUS NATURAL FOOD, COLUMBUS NATURAL FOOD INC. d/b/a COLUMBUS NATURAL FOOD, ANNE COTTAVOZ, PAUL COTTAVOZ, and JOHN DOES 1-10,

      Defendants.

------------------------------------------------------------------X

Case No. 17-CV-6194
(PAE) (KNF)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-31-17

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed against the defendants Thyme & Basil, Inc., Columbus Natural Food Inc., Ann Cottavoz, and Paul Cottavoz.

Dated: New York, New York
   August 31, 2017

               Respectfully submitted,

               CILENTI & COOPER, PLLC
               *Attorneys for Plaintiffs*
               708 Third Avenue – 6th Floor
               New York, New York 10017
               T. (212) 209-3933
               F. (212) 209-7102

               By: _____
               Giustino (Justin) Cilenti (GC 2321)

8/31/17

As plaintiffs seek dismissal of this Fair Labor Standards Act case without prejudice, the default posture of a dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court need not evaluate the fairness and reasonableness of a settlement reached among the parties, if any, *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 201 n.2 (2d Cir. 2015). Accordingly, this action is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of Court is respectfully directed to close this case.

        **SO ORDERED:**

        _Paul A. Engelmayer_
        _____
        HON. PAUL A. ENGELMAYER
        UNITED STATES DISTRICT JUDGE